UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SCOTT HUDSON,

        Defendant.
_____/

NO. CR-S-00-0022 WBS

RELATED CASE ORDER

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SCOTT R. HUDSON,

        Defendant.
_____/

NO. CR-S-06-0513 DFL

----oo0oo----

        Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997). Both cases involve similar charges, and Mr. Hudson's competency was the subject of litigation in CR. S-00-0022, and it appears it will be addressed in case CR. S-06-513 as well. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort

1  and is also likely to be convenient for the parties.  The parties
2  should be aware that relating the cases under Local Rule 83-123
3  merely has the result that these actions are assigned to the same
4  judge and the same magistrate judge; no consolidation of the
5  actions is effected.
6       IT IS THEREFORE ORDERED that the actions denominated
7  CR. S-00-0022 and CR. S-06-0513 should be, and the same hereby
8  are, deemed related and the case denominated CR. S-06-0513 shall
9  be reassigned to the Honorable WILLIAM B. SHUBB for all further
10 proceedings.  Henceforth the caption on all documents filed in
11 the reassigned case shall be shown as CR. S-06-0513 WBS and any
12 dates currently set in the reassigned case <u>only</u> are hereby
13 VACATED.
14       IT IS FURTHER ORDERED that the Clerk of the Court make
15 appropriate adjustments in the assignment of <u>criminal</u> cases to
16 compensate for this reassignment.
17       IT IS SO ORDERED.
18 DATED:  February 26, 2007

*[Signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE